## AFFIRMATION OF SERVICE

**State of New York**    **County of Eastern**    **United States District Court**

Index Number: 1:25-CV-1884
Date Filed: 4/6/2025

Plaintiff:
**PROSPECT HAIR LLC,**

vs.

Defendant:
**HAIRCRAFT BY PAUL AND BEN INC., NG YUK-PO, TAIHUI SHIB, and SARAH YUK MEI NG,**

For:
Emanuel Kataev, Esq
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 11423

Received by Nicoletti & Harris to be served on **HAIRCRAFT BY PAUL AND BEN INC.**.

I, Patricia Burke, do hereby affirm that on the **15th day of April, 2025** at **3:15 pm**, I:

served **HAIRCRAFT BY PAUL AND BEN INC.** by delivering two true copies of the **Summons in a Civil Action with Complaint and Civil Cover Sheet pursuant to New York State Section 306 BCL together with statutory service fee in the amount of $40.00** to **Margaret Butcher** as **Office Assistant 2** of New York State Department of State, 99 Washington Avenue, 6th Floor, Albany, NY 12210. The New York State Department of state being the Registered Agent/Statutory Agent of record of the within named company, in compliance with state statutes.

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 175, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action.

I affirm on ____4/18/25____, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Patricia Burke
Process Server

Nicoletti & Harris
101 Avenue Of The Americas
9th Floor
New York, NY 10013

Our Job Serial Number: NHI-2025008605

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b