## Affirmation of Service

| State of New York | County of Eastern | United States District Court |
|---|---|---|

Index Number: 1:25-CV-1884
Date Filed: 4/6/2025

Plaintiff: **PROSPECT HAIR LLC,**
vs.
Defendant: **HAIRCRAFT BY PAUL AND BEN INC., NG YUK-PO, TAIHUI SHIB, and SARAH YUK MEI NG,**

For:
Emanuel Kataev, Esq
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 11423

Received by Nicoletti & Harris to be served on **NG YUK-PO, 93 5th Avenue, Brooklyn, NY 11217.**

I, Alex Colon, do hereby affirm that on the **1st day of May, 2025** at **4:43 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in a Civil Action with Complaint and Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **NG YUK-PO** at the address of: **93 5th Avenue, Brooklyn, NY 11217**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Perceived Description** of Person Served: Age: 50, Gender: M, Race: Asian, Height: 5'11", Weight: 180, Hair: Salt & Pepper, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

*I affirm this ___2___ day of _____May_____, __2025__, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.*

**Alex Colon**
2119478

**Nicoletti & Harris**
**101 Avenue of the Americas**
**9th floor**
**New York, NY 10013**
**(212) 267-6448**

Our Job Serial Number: NHI-2025008604

