## Affirmation of Service

State of New York          County of Eastern          United States District Court

Index Number: 1:25-CV-1884
Date Filed: 4/6/2025

Plaintiff: **PROSPECT HAIR LLC,**
vs.
Defendant: **HAIRCRAFT BY PAUL AND BEN INC., NG YUK-PO, TAIHUI SHIB, and SARAH YUK MEI NG,**

For:
Emanuel Kataev, Esq
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 11423

Received by Nicoletti & Harris to be served on **TAIHUI SHIB, 93 5th Avenue, Brooklyn, NY 11217**.

I, Alex Colon, do hereby affirm that on the **1st day of May, 2025** at **4:43 pm**, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **Summons in a Civil Action with Complaint and Civil Cover Sheet** with **NG YUK-PO** the **Co-Worker**, at **93 5th Avenue, Brooklyn, NY 11217**, the said premises being the respondent's place of **Work** within the State of New York. Deponent completed service by mailing a true copy of the **Summons in a Civil Action with Complaint and Civil Cover Sheet** in a postpaid envelope addressed to: **93 5th Avenue, Brooklyn, NY 11217** and bearing the words "Personal & Confidential" by First Class Mail on **5/2/2025** and placed in an official depository of the U.S.P.S. in the State of New York

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Perceived Description** of Person Served: Age: 50, Gender: M, Race: Asian, Height: 5'11", Weight: 180, Hair: Salt & Pepper, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

I affirm this __2__ day of __May__, __2025__, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_Alex Colon_
Alex Colon
2119478

**Nicoletti & Harris**
**101 Avenue of the Americas**
**9th floor**
**New York, NY 10013**
**(212) 267-6448**

Our Job Serial Number: NHI-2025008601



101 Avenue of the Americas
9th Floor
New York, NY 10013

Taihui Shib
93 5th Avenue
Brooklyn, NY 11217

**PERSONAL AND CONFIDENTIAL**

FIRST-CLASS



ZIP 10013
02.7H
0006123144

US POSTAGE ℠ PITNEY BOWES
$ 002.87⁰
MAY 02 2025