UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

PROSPECT HAIR LLC

                                          Plaintiff,

Case No. 1:25-cv-01884

-against-

HAIRCRAFT BY PAUL AND BEN INC., NG YUKPO,
TAIHUI SHIB, and SARAH YUK MEI NG,

                                          Defendants.
-------------------------------------------------------------------X

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned, of the law firm of KUSHMAKOV LAW, P.C., is hereby entering an appearance as counsel of record for Plaintiff PROSPECT HAIR LLC in the above-captioned action.

All further notices and copies of pleadings, papers and other material relevant to this action should be served upon the undersigned at the address stated below.

Dated: Forest Hills, New York
       May 22, 2025

                                                                **KUSHMAKOV LAW, P.C.**

                                                                /s/ Eduard Kushmakov
                                                                 Eduard Kushmakov, Esq.
                                                                 71-50 Austin Street, Ste. 205
                                                                 Forest Hills, New York 11375
                                                                  (646) 694-0248
                                                                Eduard@KushmakovLaw.com