UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

PROSPECT HAIR LLC,

            Plaintiff,

– against –

HAIRCRAFT BY PAUL AND BEN INC., NG YUK-PO, TAIHUI SHIB, and SARAH YUK MEI NG,

            Defendants.

------------------------------------------------------------------ X

**NOTICE OF APPEARANCE**

Case No. 1:25-cv-1884

**PLEASE TAKE NOTICE,** that I have been retained to represent the Defendants in the above-captioned action. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications, or other information relating to this matter be addressed to me and/or my law firm at the address below.

Dated:    New York, New York
           May 28, 2025

**Gerard A. Lucciola (GL4147)**
The Lucciola Law Group, P.C.
*Attorney for the Defendant*
55 Broadway, 23rd Floor
New York, New York 10006
(212) 482-4400
glucciola@lucciolalaw.com

By:  */s/ Gerard Lucciola*
        Gerard A. Lucciola

To:    Sage Legal LLC (via ECF)
       Attention: Emanuel Kataev, Esq.
       *Attorneys for Plaintiff*
       18211 Jamaica Avenue
       Jamaica, NY 11423
       emanuel@sagelegal.nyc
       (718) 412-2421