# THE LUCCIOLA LAW GROUP, PC
## Attorneys At Law
55 Broadway, 23rd Floor
New York, New York 10006
(212)482-4400
Facsimile (212) 482-4404

June 11, 2025

**VIA ECF**
Lara K. Eshkenazi, Magistrate Judge
United States District Court
Eastern District of New York

      Re:    *Prospect Hair LLC v. Haircraft by Paul and Ben, Inc., et. al.*
               *Case No.: 1:25-cv-1884*

Your Honor:

      This firm has been retained to represent Defendants, Ng Yuk-Po, Taihui Shib, amd Sarah Yuk Mei Ng, in the above-referenced matter. Defendants submit this unopposed letter motion respectfully requesting an extension of time to respond to Plaintiff's Complaint.

      The deadline to respond to Plaintiff's Complaint was May 22, 2025. Defendants seek a sixty (60) day extension of time to file an answer or otherwise respond to the Complaint to from May 22, 2025 until July 21, 2025.

      This is the first request for such an enlargement of time to respond to the Complaint. Defendants have conferred with Plaintiff's counsel, Emanuel Kataev, who consents to the extension being sought.

      The accompanying request to so-order the enlargement of time to answer or otherwise respond to the Complaint, through and including July 21, 2025, is being submitted herewith for the Court's consideration.

      Thank you for your time and consideration of the within matter.

                                                                 Respectfully submitted,

                                                                */s/ Gerard Lucciola*
                                                                  Gerard A. Lucciola

_____
SO ORDERED

cc: **<u>By ECF</u>**
      Emanuel Kataev, Esq.
      Attorney for Plaintiff