# THE LUCCIOLA LAW GROUP, PC
## Attorneys At Law
55 Broadway, 23rd Floor
New York, New York 10006
(212)482-4400
Facsimile (212) 482-4404

August 8, 2025

**VIA ECF**
Lara K. Eshkenazi, Magistrate Judge
United States District Court
Eastern District of New York

                Re:    *Prospect Hair LLC v. Haircraft by Paul and Ben, Inc., et. al.*
                          *Case No.: 1:25-cv-1884*

Dear Hon. Judge Eshkenazi:

      This firm represents Defendants, Ng Yuk-Po, Taihui Shib, amd Sarah Yuk Mei Ng, in the above-referenced matter. We have now been retained by and represent the corporate entity Defendant, Haircraft by Paul and Ben, Inc..

      Defendants submit the within letter motion to request a second extension of Defendants' time to respond to Plaintiff's Complaint, which is set to expire on August 11, 2025. Defendants intend to file a motion for dismissal pursuant to F.R.C.P. R. 12(b) and are preparing a letter request for a pre-motion conference with a summary of the proposed motion. Defendants respectfully request a forty-five (45) day extension of Defendants' time to file an answer or otherwise respond to the Complaint from August 11, 2025 to September 25, 2025.

      Defendants have reached out to Plaintiff's counsel, Emanuel Kataev, for consent to the within extension request, but have not received a response.

      The accompanying request to so-order the enlargement of time to answer or otherwise respond to the Complaint, through and including September 25, 2025, is being submitted herewith for the Court's consideration.

      Thank you for your time and consideration of the within matter.

                                                              Respectfully submitted,

                                                              */s/ Gerard Lucciola*
                                                              Gerard A. Lucciola

_____
SO ORDERED

cc: **<u>By ECF</u>**
       Emanuel Kataev, Esq.
       Attorney for Plaintiff