**KUSHMAKOV LAW, P.C.**
71-50 Austin Street, Ste. 205
Forest Hills, New York 11375
(646) 694-0248
Eduard@KushmakovLaw.com

October 27, 2025

**VIA:ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Laura K. Eshkenazi, U.S.M.J.
225 Cadman Plaza East
Courtroom N322
Brooklyn, New York 11201

      RE:      **Prospect Hair, LLC v. Haircraft by Paul and Ben, Inc.,** *et al.*
      Case No.      **1:25-cv-1884 (AMD) (LKE)**

Dear Judge Eshkenazi:

      This office, together with Sage Legal, LLC represents Plaintiff, Prospect Hair, Inc. ("Plaintiff") in the above-referenced case. Plaintiff respectfully submits this letter, together with the Proposed Discovery Plan and Scheduling Order ("Proposed Plan"), to comply with the Court's October 27, 2025, deadline to submit same (*see* Order dated September 29, 2025).

      The Proposed Plan was prepared without input from Defendants' counsel because Defendants' counsel has not responded to the undersigned's emails concerning same. As such, Plaintiff respectfully submits the Proposed Plan to comply with the Court's Order. In furtherance thereof, Plaintiff respectfully requests that the Court adopt the Proposed Plan, and order the Parties to hold a Rule 26 conference and provide initial disclosures by a date certain.

      The undersigned thank the Court for its time and consideration.

                                                               Respectfully submitted,

                                                              <u>/s/ Eduard Kushmakov</u>
                                                              Eduard Kushmakov, Esq.

                                                              <u>/s/ Emanuel Kataev</u>
                                                              Emanuel Kataev Esq.

CC: All parties via ECF