# THE LUCCIOLA LAW GROUP, PC
## Attorneys At Law
**55 Broadway, 23rd Floor**
**New York, New York 10006**
**(212)482-4400**
**Facsimile (212) 482-4404**

October 29, 2025

**VIA ECF**
Lara K. Eshkenazi, Magistrate Judge
United States District Court
Eastern District of New York

      Re:   *Prospect Hair LLC v. Haircraft by Paul and Ben, Inc., et. al.*
              *Case No.: 1:25-cv-1884*

Your Honor:

      Undersigned counsel represents Defendant in the above-referenced action.

      We have been unable to confer with our adversary in advance of the scheduling conference. As such, Defendants respectfully submit the within counter-proposed discovery order.

      We will continue to attempt to confer with Plaintiff and will submit a revised proposed order jointly with Plaintiff if successful prior to the conference.

      Thank you for the Court's attention and consideration.

                                        Respectfully submitted,

                                        */s/ Gerard Lucciola*
                                        Gerard A. Lucciola
                                        The Lucciola Law Group, P.C.
                                        *Attorney for Defendants*
                                        55 Broadway, 23rd Fl
                                        New York, New York 10006
                                        (212) 482-4800
                                        glucciola@lucciolalaw.com

Case Name:_____Case Number:_____CV -_____ (____) (LKE)

# PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A. ACTIONS REQUIRED *BEFORE* THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | | | Not held. Not exchanged. Pre-answer motion conf on 11/12/25. |
| 2. Rule 26(a)(1) disclosures exchanged | | | |
| 3. Requested: | | | |
|     a. Medical records authorization | | ✓ | |
|     b. Identification of John Doe/Jane Doe defendants | | ✓ | |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | | ✓ | |
| 5. Protective Order to be submitted for court approval (*see* Standing Protective Order on the Chambers website) | | | 2/28/26 (depending on Court's decision re mx to dismiss) |
| **B. SETTLEMENT PLAN** | | | |
| 1. Plaintiff to make settlement demand | | | 2/28/26 |
| 2. Defendant to make settlement offer | | | 3/10/26 |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date for mediation to be completed) | | | 3/15/26 |
| 4. Settlement Conference (proposed date) | | | to be set by Court if mediation fails |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties | | | 3/31/26 |
| 2. Motion to amend pleadings | | | 3/31/26 |
| 3. Initial documents requests and interrogatories | | | 3/15/26 |
| 4. All fact discovery to be completed | | | 7/15/26 |
| 5. Joint status report certifying the close of fact discovery (one week later) | | | 7/30/26 |

Case 1:25-cv-01884-AMD-LKE   Document 17   Filed 10/29/25   Page 2 of 3 PageID #: 63

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| 6. Expert discovery (only if needed) *Check here if not applicable* ☐ | | | |
| a. Affirmative expert reports due | | ✓ | |
| b. Rebuttal expert reports due | | ✓ | |
| c. Depositions of experts to be completed | | ✓ | |
| 7. Completion of all discovery (if different from C.4) | | ✓ | |
| 8. Joint status report certifying close of all discovery and indicating whether dispositive motion is anticipated (one week later) | | | 7/30/26 |
| 9. If any party seeks a dispositive motion, date to<br>  a. file request for pre-motion conference (if required), or<br>  b. file briefing schedule for the motion | | | 8/30/26 |
| 10. Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | | | 10/1/26 |

| **D. CONSENT TO MAGISTRATE JUDGE JURISDICTION** | |
|---|---|
| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motions? | ☑ Yes<br>☐ No |
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | ☑ Yes<br>☐ No |

| **E. COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY** | | | |
|---|---|---|---|
| 1. Motion for collective action certification in FLSA cases | | ✓ | |
| a. Response due | | ✓ | |
| b. Reply due | | ✓ | |
| 2. Motion for Rule 23 class certification | | ✓ | |
| a. Response due | | ✓ | |
| b. Reply due | | ✓ | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

_____     _____
**LARA K. ESHKENAZI**                                      **Date**
United States Magistrate Judge