UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X   1:25-cv-1884
PROSPECT HAIR LLC,

                            Plaintiff,   **NOTICE OF APPEARANCE**

– against –

HAIRCRAFT BY PAUL AND BEN INC., NG YUK-PO,
TAIHUI SHIB, and SARAH YUK MEI NG,

                            Defendants.
------------------------------------------------------------------ X

      **PLEASE TAKE NOTICE** that THE LUCCIOLA LAW GROUP, P.C., represents the defendants in this action.

Dated:  New York, New York
         November 12, 2025

                                            */s/ Elena Goor Barron*
                                            **Elena Goor Barron**
                                            THE LUCCIOLA LAW GROUP, P.C.
                                            *Attorneys for Defendants*
                                            55 Broadway – 23rd Floor
                                            New York, New York   10006
                                            Tel: (212) 482-4400

TO: **ALL PARTIES VIA ECF**