# THE LUCCIOLA LAW GROUP, PC
## Attorneys At Law
**55 Broadway, 23rd Floor**
**New York, New York 10006**
**(212)482-4400**
**Facsimile (212) 482-4404**

December 3, 2025

**VIA ECF**
Honorable Judge Ann M. Donnelly, U.S.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 4G, Chamber: N 415
Brooklyn, NY 11201

          **Re:** *Prospect Hair LLC v. Haircraft by Paul and Ben, Inc., et. al.*
               **Case No.: 1:25-cv-1884**

Dear Judge Donnelly:

    I represent the Defendants in the above-referenced action. We have conferred with our clients and they wish to proceed with their motion to dismiss.

    Our office spoke to Plaintiff's counsel. Mr. Eduard Kushmakov indicated that he is still considering whether to voluntarily discontinue the within action and re-file in State Court or proceed in Federal Court. He is unable to upload a letter today.

    As a courtesy, we are filing this letter on his behalf. Accordingly, counsel for Plaintiffs respectfully requests a one (1) week adjournment of the status report to allow time for Plaintiffs to make a final determination and the parties to submit a status report.

    Thank you for the Court's attention and consideration.

                                          Respectfully submitted,

                                          */s/ Gerard Lucciola*
                                          Gerard A. Lucciola
                                          The Lucciola Law Group, P.C.
                                          *Attorney for Defendants*
                                          55 Broadway, 23rd Fl
                                          New York, New York 10006
                                          (212) 482-4800
                                          glucciola@lucciolalaw.com