**KUSHMAKOV LAW, P.C.**
71-50 Austin Street, Ste. 205
Forest Hills, New York 11375
(646) 694-0248
Eduard@KushmakovLaw.com

December 10, 2025

**VIA:ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Ann M. Donnelly, U.S.D.J.
225 Cadman Plaza East
Courtroom 4GN
Brooklyn, New York 11201

      RE:      **Prospect Hair, LLC v. Haircraft by Paul and Ben, Inc.,** *et al.*
      Case No.    **1:25-cv-1884 (AMD) (LKE)**

Dear Judge Donnelly:

    This office, together with Sage Legal, LLC represents Plaintiff, Prospect Hair, Inc. ("Plaintiff") in the above-referenced case.

    We have conferred with our clients and they would like to proceed with this action. As such, we respectfully request that the Court enter or direct the parties to enter into a briefing schedule on Defendants' anticipated motion to dismiss.

    The undersigned thank the Court for its time and consideration.

                                                                   Respectfully submitted,

                                                                   <u>/s/ Eduard Kushmakov</u>
                                                                   Eduard Kushmakov, Esq.

                                                                   <u>/s/ Emanuel Kataev</u>
                                                                  Emanuel Kataev Esq.

CC: All parties via ECF