UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
PROSPECT HAIR LLC,

                Plaintiff,

– against –

HAIRCRAFT BY PAUL AND BEN INC., NG YUK-PO, TAIHUI SHIB, and SARAH YUK MEI NG,

                Defendants.
------------------------------------------------------------------------ X

Case No. 1:25-cv-1884

Honorable Judge Ann Donnelly

**NOTICE OF MOTION
TO DISMISS PURSUANT TO
F.R.C.P. 12(b)(6)**

      **PLEASE TAKE NOTICE** that, upon the accompanying affidavit of Gerard A. Lucciola, Esq., sworn to on January 12, 2026, and the exhibit thereto, the accompanying Memorandum of Law, dated January 12, 2026, and upon all pleadings and proceedings herein, Defendants, HAIRCRAFT BY PAUL AND BEN INC., NG YUK-PO, TAIHUI SHIB, and SARAH YUK MEI NG, will move this Court before the Honorable Ann Donnelly, at the Courthouse United 0States District Court for the Eastern District of New York, located at 225 Cadman Plaza E, Brooklyn, NY 11201, for an Order pursuant to Federal Rules of Civil Procedure § 12(b)(6) and § 12(b)(1), and pursuant to 28 U.S.C. §1331, dismissing Plaintiff's Complaint in its entirety as against Defendants, HAIRCRAFT BY PAUL AND BEN INC., NG YUK-PO, TAIHUI SHIB, and SARAH YUK MEI NG.

      Pursuant to Local Civil Rule 6.l(b), Plaintiff shall serve any affidavits and/or memorandum of law in opposition on or before February 12, 2026, and Defendants shall serve any affidavits and/or memorandum of law in reply on or before February 26, 2026.

Dated: New York, New York
January 12, 2026

                                        **Gerard A. Lucciola (GL4147)**
The Lucciola Law Group, P.C.
*Attorney for the Defendants*
55 Broadway, 23rd Floor
New York, New York 10006
(212) 482-4400
glucciola@lucciolalaw.com

By: /s/ *Gerard Lucciola*
     Gerard A. Lucciola

To: Sage Legal LLC
Attention: Emanuel Kataev, Esq.
*Attorneys for Plaintiff*
18211 Jamaica Avenue
Jamaica, NY 11423
emanuel@sagelegal.nyc
(718) 412-2421
**via ECF**