# THE LUCCIOLA LAW GROUP, PC
## Attorneys At Law
55 Broadway, 23rd Floor
New York, New York 10006
(212)482-4400
Facsimile (212) 482-4404

March 2, 2026

**VIA ECF**
Honorable Magistrate Judge Lara K. Eshkenazi, U.S.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 4G, Chamber: N 415
Brooklyn, NY 11201

>       Re:   *Prospect Hair LLC v. Haircraft by Paul and Ben, Inc., et. al.*
>             **Case No.: 1:25-cv-1884**

Dear Judge Eshkenazi:

     My office represents the Defendants in the above-referenced action. We submit this letter pursuant to the November 3, 2025 Scheduling Order, which directs the parties to file a joint status letter updating the Court on the progress of discovery by March 2, 2026.

     The Court granted Defendants permission to file a motion to dismiss pursuant to F.R.C.P 12(b)(6). The motion is now fully briefed and awaiting the Court's determination.

     All parties have provided initial disclosures pursuant to F.R.C.P 26(a)(1). First sets of Interrogatories and demands for production of documents have also been served by both sides.

     The parties are in the process of completing their responses to initial demands. Plaintiffs have advised that their discovery responses will be provided upon receipt of Defendants' responses. Defendants are in the process of completing initial responses to Plaintiffs' initial requests. However, Defendants are unable to provide complete and/or more meaningful responses due to the broad and vague description of the alleged trade secrets in the Complaint, which fails to give sufficient notice to enable Defendants to defend against Plaintiffs' claims.

     The discovery process will be significantly impeded unless Plaintiffs produce the alleged "book" and/or customer list therein; or otherwise identify the customers whose names and contact information Plaintiffs allege was misappropriated.

     The parties intend to meet and confer in the coming days to attempt to resolve discovery issues without Court intervention. Defendants expressly reserved their right to amend and/or supplement their prior responses upon receipt of additional information.

Additionally, following adequate identification of the alleged trade secret, Defendants intend to serve notices for deposition of Plaintiffs' employees, including but not limited to Johnny, Bruno, Yenni, Susan and David.

Thank you for the Court's attention and consideration.

                                                                  Respectfully submitted,

                                                                   *Bayard Carmiencke*
Bayard C. Carmiencke
The Lucciola Law Group, P.C.
*Attorney for Defendants*
55 Broadway, 23rd Fl
New York, New York 10006
(212) 482-4800
glucciola@lucciolalaw.com