**KUSHMAKOV LAW, P.C.**
71-50 Austin Street, Ste. 205
Forest Hills, New York 11375
(646) 694-0248
Eduard@KushmakovLaw.com

March 2, 2026

<u>VIA:ECF</u>
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Laura K. Eshkenazi, U.S.M.J.
225 Cadman Plaza East
Courtroom N322
Brooklyn, New York 11201

| RE: | **Prospect Hair, LLC v. Haircraft by Paul and Ben, Inc.,** *et al.* |
|---|---|
| Case No. | 1:25-cv-1884 (AMD) (LKE) |

Dear Judge Eshkenazi:

This office, together with Sage Legal, LLC represents Plaintiff, Prospect Hair, Inc. ("Plaintiff") in the above-referenced case. Plaintiff respectfully submits this letter in response to Defendants' purported joint letter containing misrepresentations of the status of discovery.

First, at 11:28 a.m., Defendants submitted a proposed joint letter, unilaterally demanding a response by 1:30 p.m. This letter represented that Defendants' responses we provided (none were) and admitted that the responses were inadequate. In turn, the undersigned advised that those responses would be rejected for inadequacy. In the same email, the undersigned requested to meet and confer concerning what appeared to be a brewing discovery dispute, something Defendants failed to do.

Second, the undersigned did not imply that Plaintiff's responses are being withheld pending receipt of Defendants' responses. The undersigned provided discovery responses at 3:05 p.m. In that production, Plaintiff provided its availability to meet and confer. Defendants only served their admittedly deficient responses at 3:21 p.m., ignoring Plaintiff's production and request to meet and confer.

Second, Defendants only responded to Plaintiff's document demands. Defendants' responses to Plaintiff's interrogatories remain outstanding. Defendants' responses to the document demands are, by Defendants' admission, insufficient. Defendants did not serve interrogatories and their time to do so expired.

Third, Defendants' letter shows that Defendants' ignored the undersigned's emails containing the discovery production, objection to Defendants' proposed joint letter, and requests to meet and confer. It appears Defendants are raising a feigned discovery dispute with equally meritless arguments raised in their motion to dismiss. A discovery dispute is not the proper forum to advance arguments already raised – and rebutted – during dispositive motion practice. The Court is respectfully referred to Plaintiff's opposition at ECF 22 to address Defendants' assertions.

      Finally, Plaintiff is hopeful that the Parties will be able to amicably resolve the discovery dispute. Notwithstanding, should the Court desire to hold a conference, the undersigned is ready, willing and able to provide copies of the Parties' correspondence and participate at the Court's convenience.

      The undersigned thanks the Court for its time and consideration.

      Respectfully submitted,

      /s/ Eduard Kushmakov
      Eduard Kushmakov, Esq.

CC: All parties via ECF