UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PROSPECT HAIR, LLC,                                                           JUDGMENT

               Plaintiff,                                   25-CV-1884 (AMD) (LKE)

    v.

HAIRCRAFT BY PAUL AND BEN INC.,
NG YUK-PO, TAIHUI SHIB, and
SARAH YUK MEI NG,

              Defendants
-----------------------------------------------------------------X

A Memorandum, Decision, and Order of the Honorable Ann M. Donnelly, United States District Judge, having been filed on May 26, 2026, granting the defendants' motion to dismiss the plaintiff's federal DTSA claim; dismissing that claim with prejudice; declining to exercise jurisdiction over the plaintiff's remaining state law claims, and dismissing those claims without prejudice to refile them in state court; it is

ORDERED and ADJUDGED that judgment is hereby entered in favor of Defendants.

Dated: Brooklyn, New York                                 Brenna B. Mahoney
      May 27, 2026                                         Clerk of Court

                                  By:    */s/Jalitza Poveda*
                                     Deputy Clerk